# United States Court of Appeals
## For the First Circuit

No. 22-1317

MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND;
TRUSTEES OF THE MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, as Fiduciaries,

Plaintiffs, Appellants,

v.

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,

Defendant, Appellee.

**JUDGMENT**

Entered: April 25, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: James Francis Grosso, D. Brian Hufford, Peter K. Stris, Jason Cowart, Leila Bijan, John Randolph Stokes, Amy Harman Burkart, David T. Raimer, Evan Miller, Joseph Patrick Falvey, Jeffrey Matthew Harris, Robin Springberg Parry, Sarah Karchunas, Anthony F. Shelley, Charles L. Solomont, Michael E. Kenneally, Deborah S. Davidson